IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-2391-ZLW-MJW

ANDREWS CONSTRUCTION AND CONSULTING COMPANY,
d/b/a ANDREWS CONSTRUCTION AND CONSULTING, INC.,

    Plaintiff,

v.

MARYLAND CASUALTY COMPANY,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41, the parties to pay their own costs and attorney's fees.

    DATED at Denver, Colorado, this  6th  day of July, 2005.

                                      BY THE COURT:

                                      S/ Zita L. Weinshienk
                                      _____
                                      ZITA L. WEINSHIENK,  Senior Judge
                                      United States District Court